IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| POSITIVE SOFTWARE SOLUTIONS, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:03-CV-0257-N |
| NEW CENTURY MORTGAGE CORP., *et al.*, | § § § § | |
| Defendants. | § | |
| | | |
| IN RE: BARRY C. BARNETT and OPHELIA F. CAMIÑA, | § § § | Misc. Action No. 3:07-MC-93-N |
| Respondents. | § | |

### ORDER

It is hereby ORDERED that a hearing on the motions for sanctions is scheduled in the above matters on December 19, 2008, at 8:30 a.m. Each side will be given two hours for their presentation. The hearing will be held in Courtroom 1351.

SIGNED December 10, 2008.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE