IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: BARRY C. BARNETT and <br> OPHELIA F. CAMIÑA, <br><br> Respondents. | § <br> § <br> § <br> § <br> § | Misc. Action No. 3:07-MC-93-N |

## ORDER

In accordance with the court's oral findings at the hearing on December 19, 2008, this proceeding is closed.

Signed April 6, 2009.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE